**DEFENDANT STATUS SHEET**  (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Steven Sadler            USAO# 2013R00560

x/ MAGISTRATE'S NO. MJ13-487BAT    _/ DOCKET NO. (If Superseding Indictment) CR _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? x/ yes  _/ no
IF YES:

    x/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: See appearance bond

\*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    _/ A DETENTION ORDER HAS BEEN ENTERED.
      \*\*\* _/ TEMPORARY DETENTION
      \*\*\* _/ PERMANENT DETENTION

      _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____.
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.  (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
      (Date)
DEFENDANT'S ADDRESS: _____

x/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON October 17, 2013  CALENDAR.
      (Date)
DEFENSE ATTORNEY'S NAME: Michael Filipovic
DEFENSE ATTORNEY'S ADDRESS: Office of Federal Public Defender, 1601 5th Ave Ste 700, Seattle, WA 98101

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
      [e.g., P.R.; BAIL (listing conditions); DETENTION]
    x/ PREVIOUSLY SET, SHOULD BE:
      x/ CONTINUE CONDITIONS OF RELEASE
      _/ CONTINUE DETENTION
      _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?  x/ Yes  _/ No
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  4-5  TRIAL DAYS.    October 7, 2013
      (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Jenna White                    USAO# 2013R00560

 x / MAGISTRATE'S NO. MJ13-487BAT        _/ DOCKET NO. (If Superseding Indictment) CR _____

*******************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  x / yes    _/ no
IF YES:
    x / DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: See appearance bond
  *** _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.
    _/ A DETENTION ORDER HAS BEEN ENTERED.
      *** _/ TEMPORARY DETENTION
      *** _/ PERMANENT DETENTION
      _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____.
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
    _/ PENDING STATE CHARGES AT _____.

*******************************************************************************************

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.  (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
      (Date)
    DEFENDANT'S ADDRESS: _____

x / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON October 17, 2013 _____ CALENDAR.
      (Date)
    DEFENSE ATTORNEY'S NAME:  Robert Flennaugh
    DEFENSE ATTORNEY'S ADDRESS: 810 Third Avenue, Suite 500 Seattle, WA 98104

*******************************************************************************************

IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
        [e.g., P.R.; BAIL (listing conditions); DETENTION]
    x / PREVIOUSLY SET, SHOULD BE:
      x / CONTINUE CONDITIONS OF RELEASE
      _/ CONTINUE DETENTION
      _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*******************************************************************************************

HAS THE FPD represented any subject or witness in this case?    x / Yes    _/ No
*******************************************************************************************
THE ESTIMATED TRIAL TIME IS  4-5  TRIAL DAYS.    October 7, 2013
                                         (Date Form filled out)

(Revised June 2000)