JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-321-RSM |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE OF COUNSEL |
| STEVEN LLOYD SADLER, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Kyana K. Givens, Assistant Federal Public Defender, joins Michael Filipovic as counsel of record for Steven Sadler. It is requested that notice of all filings be served upon the undersigned.

DATED this 11th day of October, 2013.

Respectfully submitted,

s/ *Kyana Givens*
WSBA No. 37670
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
kyana_givens@fd.org

NOTICE OF APPEARANCE OF COUNSEL - 1
(Steven Lloyd Sadler; CR13-321-RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all parties of record.

          s/ *Suzie Strait*
          Paralegal
          Federal Public Defender's Office
          1601 Fifth Avenue, Suite 700
          Seattle, WA 98101
          Phone: (206) 553-1100
          Fax: (206) 553-0120
          suzie_strait@fd.org

NOTICE OF APPEARANCE OF COUNSEL - 2
(Steven Lloyd Sadler; CR13-321-RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**